**Order filed July 28, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00952-CV
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee**

---

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 15-CCV-055845**

---

## O R D E R

Appellant's brief was due July 15, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 12, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM